IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS DeFRANCE,

    Petitioner,               No. 2:10-cv-0140 JFM (HC)

    vs.

ANTHONY HEDGPETH,

    Respondent.             ORDER

                              /

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2010, petitioner filed a documents styled as request for leave to file an amended petition. Petitioner's motion was not accompanied by a proposed amended petition. On October 15, 2010, petitioner filed a document which appears to contain some claims for relief, but is styled, apparently, as a request to "augment" and not to amend the record.

        In order to seek leave to bring additional claims in this action, petitioner must file a motion for leave to amend accompanied by a proposed amended petition which contains all claims for relief that petitioner seeks to raise in this action. Petitioner's motion for leave to amend will be denied without prejudice, and the document filed by petitioner on October 15, 2010 will be disregarded.

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Petitioner's September 27, 2010 motion is denied without prejudice; and

3  2. The document filed by petitioner on October 14, 2010 will be disregarded.

4  DATED: November 15, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
defr0140.o